IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01149-BNB

RAOUL S. LANIUS,

    Plaintiff,

v.

ARAPAHOE COUNTY DHS-CSE UNIT,
DENVER COUNTY COURT, CO., and
CO JEFFERSON COUNTY DISCT. COURT 1ST JD,

    Defendants.

## ORDER OF DISMISSAL

On May 4, 2012, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff, Raoul S. Lanius, to file an amended complaint that includes an address for each named Defendant and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Lanius was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Lanius has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's May 4 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Lanius failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   8th   day of     June       , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court